**FILED**
**FEBRUARY 15, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
NORTHERN DIVISION

|  |  |
|---|---|
| AMERIGAS PROPANE, L.P. and FERRELLGAS, L.P., <br><br>　　　　Plaintiffs, <br><br>　　v. <br><br>BP NORTH AMERICA, INC., et al. <br><br>　　　　Defendants. | Case No. **08 C 981** <br><br> ~~JUDGE~~ **DARRAH** <br> **MAGISTRATE JUDGE SCHENKIER** |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Amerigas Propane, L.P. hereby makes the following disclosure:

Amerigas Propane, L.P. is a Delaware limited partnership. Amerigas Partners L.P., holds a 99 percent limited partner interest in Amerigas Propane, L.P. In turn, AmeriGas Propane, Inc., an indirect wholly owned subsidiary of UGI Corporation, holds a 1% general partner interest in AmeriGas Partners, L.P., and a 1.01% general partner interest in AmeriGas Propane, L.P. As of January 31, 2008, AmeriGas Propane, Inc., and its wholly owned subsidiary Petrolane Incorporated, collectively owned 24,691,209 Common Units of AmeriGas Partners, L.P., with the remaining 32,318,742 Common Units publicly held. The Common Units represent limited partner interests in AmeriGas Partners, L.P.

Date: February 15, 2008

      Respectfully submitted,

      _____

      Peter G. Skiko
      Daniel G. Wills
      **SWANSON, MARTIN & BELL, LLP**
      330 North Wabash
      Suite 3300
      Chicago, IL  60611
      Telephone: 312-321-9100
      Fax: 312-576-0016

      Henry Chajet
      John Austin
      DeMaurice Smith
      John Schryber
      **PATTON BOGGS LLP**
      2550 M Street NW
      Washington D.C. 20037
      Telephone: 202-457-6000
      Fax: 202-457-6315

      **COUNSEL FOR PLAINTIFFS**