FILED
FEBRUARY 15, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
NORTHERN DIVISION

| | |
|---|---|
| AMERIGAS PROPANE, L.P. and FERRELLGAS, L.P., | ) ) ) ) ) |
| v. | ) Case No. **08 C 981** |
| BP NORTH AMERICA, INC., et al. | ) ) **JUDGE DARRAH** |
| Defendants. | ) **MAGISTRATE JUDGE SCHENKIER** ) |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Ferrellgas L.P. hereby makes the following disclosure:

Ferrellgas, L.P. is a Delaware limited partnership. Ferrellgas, L.P.'s parent entity is Ferrellgas Partners, L.P., a publicly traded master limited partnership (NYSE: FGP), which owns a 99% interest in the Plaintiff Ferrellgas, L.P.

Date: February 15, 2008

Respectfully submitted,

_____
Peter G. Skiko
Daniel G. Wills
**SWANSON, MARTIN & BELL, LLP**
330 North Wabash
Suite 3300
Chicago, IL  60611
Telephone: 312-321-9100
Fax: 312-576-0016

1

2

Henry Chajet
John Austin
DeMaurice Smith
John Schryber
**PATTON BOGGS LLP**
2550 M Street NW
Washington D.C. 20037
Telephone: 202-457-6000
Fax: 202-457-6315

**COUNSEL FOR PLAINTIFFS**