# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

AMERIGAS PROPANE, L.P. and
FERRELLGAS, L.P.

vs.

BP NORTH AMERICA, INC., et al.

Case Number:

08 C 981

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

 AMERIGAS PROPANE, L.P. and FERRELLGAS, L.P.

| | |
|---|---|
| NAME (Type or print) <br>    Daniel G. Wills | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br>     s/Daniel G. Wills | |
| FIRM <br>   Swanson, Martin & Bell, LLP | |
| STREET ADDRESS <br>   330 N. Wabash Avenue, Suite 3300 | |
| CITY/STATE/ZIP <br>   Chicago, Illinois 60611 | |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6204762 | TELEPHONE  NUMBER <br> 312.321.9100 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES | NO  X |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES  X | NO |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES  X | NO |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES | NO  X |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL        APPOINTED COUNSEL