**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>AMERIGAS PROPANE, L.P. and FERRELLGAS, L.P.<br>vs.<br>BP NORTH AMERICA, INC., et al. | Case Number:<br><br>08 C 981 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

AMERIGAS PROPANE, L.P. and FERRELLGAS, L.P.

| | |
|---|---|
| NAME (Type or print)<br>    Daniel G. Wills | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>    s/Daniel G. Wills | |
| FIRM<br>    Swanson, Martin & Bell, LLP | |
| STREET ADDRESS<br>    330 N. Wabash Avenue, Suite 3300 | |
| CITY/STATE/ZIP<br>    Chicago, Illinois 60611 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>    6204762 | TELEPHONE NUMBER<br>    312.321.9100 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?         YES            NO  X | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?        YES  X         NO | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?          YES  X         NO | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES   NO  X | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL            APPOINTED COUNSEL | |