**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| AMERIGAS PROPANE, L.P. and FERRELLGAS, L.P. vs. BP NORTH AMERICA, INC., et al. | 08 C 981 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

AMERIGAS PROPANE, L.P. and FERRELLGAS, L.P.

| NAME (Type or print) |
|---|
| Daniel G. Wills |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/Daniel G. Wills |
| FIRM |
| Swanson, Martin & Bell, LLP |
| STREET ADDRESS |
| 330 N. Wabash Avenue, Suite 3300 |
| CITY/STATE/ZIP |
| Chicago, Illinois 60611 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6204762 | 312.321.9100 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES | NO X |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES X | NO |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES X | NO |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES | NO X |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL          APPOINTED COUNSEL