# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 981 | **DATE** | March 7, 2008 |
| **CASE TITLE** | Amerigas Propane, L.P., et al. v. BP North America, Inc., et al. | | |

**DOCKET ENTRY TEXT:**

A status hearing is scheduled for April 22, 2008, at 9:00 a.m.

Docketing to mail notice.

| | Courtroom Deputy Initials: | mf |
|---|---|---|