UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

_____
                                        )
AMERIGAS PROPANE, L.P. and              )
FERRELLGAS L.P.,                        )
                                        )
       Plaintiffs,                      )
                                        )
   v.                                   )   Case No. 1:08-cv-00981
                                        )
BP AMERICA, INC., BP CORPORATION        )   Judge John W. Darrah
NORTH AMERICA INC., BP INTERNATIONAL    )
SERVICES COMPANY, BP PRODUCTS           )
NORTH AMERICA INC., BP ENERGY,          )
and BP AMERICA PRODUCTION COMPANY,      )
                                        )
       Defendants.                      )
_____)

## CERTIFICATE OF SERVICE

   TO:   **All Counsel of Record**

   The undersigned hereby certifies that on April 21, 2008, a copy of the foregoing *Amended Complaint,* was filed electronically. Notice of this filing will be sent to the parties listed above by operation of the Court's electronic filing system.

                         Respectfully submitted,


                         s/ Peter G. Skiko_____
                         Peter G. Skiko
                         Daniel G. Wills
                         Brendon P. Friesen
                         **SWANSON, MARTIN & BELL, LLP**
                         330 North Wabash
                         Suite 3300
                         Chicago, IL  60611
                         Telephone: 312-321-9100
                         Fax: 312-576-0016
                         pskiko@smbtrials.com

Henry Chajet
John W. Schryber
DeMaurice F. Smith
John D. Austin, Jr.
**PATTON BOGGS LLP**
2550 M Street NW
Washington D.C. 20037
Telephone: 202-457-6000
Fax: 202-457-6315
hchajet@pattonboggs.com

**COUNSEL FOR PLAINTIFFS**