UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

_____
                                    )
AMERIGAS PROPANE, L.P. and          )
FERRELLGAS L.P.,                    )
                                    )
      Plaintiffs,                 )
                                    )
  v.                                )   Case No. 1:08-cv-00981
                                    )
BP AMERICA, INC., BP CORPORATION    )   Judge John W. Darrah
NORTH AMERICA INC., BP INTERNATIONAL)
SERVICES COMPANY, BP PRODUCTS       )
NORTH AMERICA INC., BP ENERGY,      )
and BP AMERICA PRODUCTION COMPANY,  )
                                    )
      Defendants.                 )
_____ )

## CERTIFICATE OF SERVICE

TO: **All Counsel of Record**

The undersigned hereby certifies that on May 8, 2008, a copy of the foregoing *Appearance,* was filed electronically. Notice of this filing will be sent to the parties listed above by operation of the Court's electronic filing system.

    Respectfully submitted,


    s/ Brendon P. Friesen _____


    Peter G. Skiko
    Daniel G. Wills
    Brendon P. Friesen
    **SWANSON, MARTIN & BELL, LLP**
    330 North Wabash
    Suite 3300
    Chicago, IL  60611
    Telephone: 312-321-9100
    Fax: 312-576-0016
    pskiko@smbtrials.com

Henry Chajet
John W. Schryber
DeMaurice F. Smith
John D. Austin, Jr.
**PATTON BOGGS LLP**
2550 M Street NW
Washington D.C. 20037
Telephone: 202-457-6000
Fax: 202-457-6315
hchajet@pattonboggs.com

**COUNSEL FOR PLAINTIFFS**