UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.1.3**
Eastern Division

Amerigas Propane, L.P., et al.

        Plaintiff,

v.               Case No.: 1:08−cv−00981
                 Honorable John W. Darrah

Martin Marz, et al.

        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, May 8, 2008:

  MINUTE entry before Judge Honorable John W. Darrah:Status hearing held and continued to 6/12/08 at 9:00 a.m. Defendant is granted leave to file an answer by 6/2/08. Parties advised the Court that this case is in the process of being reassigned to the calender of Judge Zagel based on relatedness to another case pending on his calendar. Mailed notice(maf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.