# United States District Court
# Northern District of Illinois

In the Matter of

AMERIGAS PROPANE, LP, et al

v.

BP NORTH AMERICA

Case No. 08 C 981

Designated Magistrate Judge
Sidney I. Schenkier

### FINDING OF RELATEDNESS PURSUANT TO
### LOCAL RULE 40.4

In accordance with the provisions of Local Rule 40.4 of this Court, I find the above captioned case, presently pending on the calendar of Judge **John W. Darrah** to be related to **06CV3541** which is pending on my calendar. Accordingly, I request that the Executive Committee order said case to be reassigned to my calendar as a related case.

_____
Judge James B. Zagel

Dated: May 21, 2008

---

### ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge **James B. Zagel**.

ENTER

FOR THE EXECUTIVE COMMITTEE

_____
Chief Judge James F. Holderman

Dated: MAY 2 1 2008

Finding of Relatedness (Rev. 9/99)