**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
NORTHERN DIVISION**

| | |
|---|---|
| AMERIGAS PROPANE, L.P. and FERRELLGAS L.P., <br><br>     Plaintiffs, <br><br> v. <br><br> BP AMERICA, INC., BP CORPORATION NORTH AMERICA INC., BP INTERNATIONAL SERVICES COMPANY, BP PRODUCTS NORTH AMERICA INC., BP ENERGY, and BP AMERICA PRODUCTION COMPANY, <br><br>     Defendants. | Case No.: 1:08-cv-00981 <br><br> The Honorable James B. Zagel |

**NOTICE OF MOTION**

TO:  Peter G. Skiko                           Henry Chajet
     Daniel G. Wills                          John Austin
     Brendon P. Friesen                       DeMaurice Smith
     Swanson, Martin & Bell LLP               Patton Boggs LLP
     330 N. Wabash, Suite 3300                2550 M. Street NW
     Chicago, IL  60611                       Washington, DC 20037

   PLEASE TAKE NOTICE that on Tuesday, June 17, 2008 at 10:15 a.m., or as soon thereafter as counsel may be heard, counsel for the BP Defendants shall appear before the Honorable James B. Zagel, or any Judge or Magistrate Judge sitting in his stead, in the courtroom normally occupied by him in the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Room 2503, Chicago, Illinois, and shall then present the concurrently  filed **THE BP DEFENDANTS'**

**RULE 12(B)(6) MOTION TO DISMISS,** which was filed with the Court and served on counsel of record on May 30, 2008.

Date:  May 30, 2008

                                        Respectfully submitted,

                                        /s/ Kathryn F. Taylor
                                        Richard C. Godfrey, P.C.
                                        David J. Zott, P.C.
                                        Andrew A. Kassof
                                        Katheleen A. Ehrhart
                                        Kathryn F. Taylor
                                        KIRKLAND & ELLIS LLP
                                        200 East Randolph Drive
                                        Chicago, Illinois  60601-6636
                                        Telephone:     (312) 861-2000
                                        Facsimile:      (312) 861-2200

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing **NOTICE OF MOTION** was filed electronically pursuant to the CM/ECF procedures on May 30, 2008 and will, therefore, be served electronically upon the parties in the action, and served via U.S. mail, first class, postage prepaid, upon.:

> Peter G. Skiko
> Daniel G. Wills
> Brendon P. Friesen
> Swanson, Martin & Bell LLP
> 330 N. Wabash, Suite 3300
> Chicago, IL  60611
> Telephone:   (312) 321-9100
> Facsimile:   (312) 576-0016

and that copies were served this same date by U.S. mail only upon the following:

> Henry Chajet
> John Austin
> DeMaurice Smith
> Patton Boggs LLP
> 2550 M. Street NW
> Washington, DC 20037
> Telephone:   (202) 457-6000
> Facsimile:   (202) 457-6315

    /s/ Kathryn F. Taylor