**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| AMERIGAS PROPANE, L.P. and FERRELLGAS L.P., ) ) ) ) Plaintiffs, ) ) v. ) ) BP AMERICA, INC., BP CORPORATION NORTH AMERICA INC., BP INTERNATIONAL SERVICES COMPANY, BP PRODUCTS NORTH AMERICA INC., BP ENERGY, and BP AMERICA PRODUCTION COMPANY, ) ) ) ) ) ) ) Defendants. ) ) | Case No. 1:08-cv-00981<br><br>Judge James B. Zagel |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE A
BRIEF IN EXCESS OF 15 PAGES**

Plaintiffs, AmeriGas Propane L.P. and Ferrellgas L.P. ("Plaintiffs"), by and through their counsel, pursuant to Local Rule 7.1 hereby submit their unopposed motion for leave to file a brief in excess of fifteen pages in opposition to defendants' motion to dismiss. In support of said motion, Plaintiffs state as follows:

1.　Plaintiffs filed their Amended Complaint on April 21, 2008, alleging claims under the Sherman Act, the Commodity Exchange Act, and common law unjust enrichment.

2.　Defendants BP America, Inc., BP Corporation North America Inc., BP International Services Company, BP Products North America Inc., BP Energy, and BP America Production Company ("Defendants") filed a motion to dismiss and supporting memorandum on May 30, 2008.

3. Plaintiffs anticipate that an additional ten pages are needed for a complete brief in opposition. The claims at issue involve a multitude of federal statutes and case law. Analysis and application of the legal theories and facts of this case will undoubtedly require Plaintiffs to prepare a response in excess of fifteen pages.

4. Plaintiffs respectfully ask the Court for leave to file a brief in opposition not to exceed 25 pages.

5. Defendants do not oppose this Motion.

WHEREFORE, Plaintiffs respectfully request that this Court grant them leave to file a brief in opposition to Defendants' motion to dismiss not to exceed 25 pages.

Dated: July 23, 2008

Respectfully submitted,

s/ Peter G. Skiko
Peter G. Skiko
Daniel G. Wills
Brendon P. Friesen
**SWANSON, MARTIN & BELL, LLP**
330 North Wabash
Suite 3300
Chicago, IL 60611
Telephone: 312-321-9100
Fax: 312-576-0016
pskiko@smbtrials.com

Henry Chajet
John W. Schryber
DeMaurice F. Smith
John D. Austin, Jr.
**PATTON BOGGS LLP**
2550 M Street NW
Washington D.C. 20037
Telephone: 202-457-6000
Fax: 202-457-6315
hchajet@pattonboggs.com

**COUNSEL FOR PLAINTIFFS**