UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

_____
                                            )
AMERIGAS PROPANE, L.P. and                  )
FERRELLGAS L.P.,                            )
                                            )
       Plaintiffs,                          )
                                            )
       v.                                   )   Case No. 1:08-cv-00981
                                            )
BP AMERICA, INC., BP CORPORATION            )   Judge James B. Zagel
NORTH AMERICA INC., BP INTERNATIONAL        )
SERVICES COMPANY, BP PRODUCTS               )
NORTH AMERICA INC., BP ENERGY,              )
and BP AMERICA PRODUCTION COMPANY,          )
                                            )
       Defendants.                          )
_____ )

## NOTICE OF MOTION

TO:    All Counsel of Record

    **PLEASE TAKE NOTICE** that on July 29, 2008 at 10:15 a.m., the undersigned shall appear before the Honorable James B. Zagel, or any judge sitting in his stead, in room 2503 of the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois and shall present the attached *Plaintiffs' Unopposed Motion for Leave to File a Brief in Excess of 15 Pages*, a true and correct copy of which is attached hereto and served upon you.

Dated:  July 23, 2008

                                              Respectfully submitted,

                                              s/ Peter G. Skiko_____
                                              Peter G. Skiko
                                              Daniel G. Wills
                                              **SWANSON, MARTIN & BELL, LLP**
                                              330 North Wabash
                                              Suite 3300
                                              Chicago, IL  60611
                                              Telephone: 312-321-9100
                                              Fax: 312-576-0016
                                              pskiko@smbtrials.com

Henry Chajet
John W. Schryber
DeMaurice F. Smith
John D. Austin, Jr.
**PATTON BOGGS LLP**
2550 M Street NW
Washington D.C. 20037
Telephone: 202-457-6000
Fax: 202-457-6315
hchajet@pattonboggs.com

**COUNSEL FOR PLAINTIFFS**