**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

_____

|  |  |  |
|---|---|---|
| AMERIGAS PROPANE, L.P. and FERRELLGAS L.P., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 1:08-cv-00981 |
| BP AMERICA, INC., BP CORPORATION NORTH AMERICA INC., BP INTERNATIONAL SERVICES COMPANY, BP PRODUCTS NORTH AMERICA INC., BP ENERGY, and BP AMERICA PRODUCTION COMPANY, | ) ) ) ) ) ) | Judge James B. Zagel |
| Defendants. | ) ) | |

_____)

**CERTIFICATE OF SERVICE**

TO:   **All Counsel of Record**

The undersigned hereby certifies that on July 31, 2008, a copy of the foregoing *Plaintiffs' Memorandum in Opposition to Defendants' Rule 12(b)(6) Motion to Dismiss* was filed electronically.  Notice of this filing will be sent to the parties listed above by operation of the Court's electronic filing system.

Respectfully submitted,


s/ Peter G. Skiko _____
Peter G. Skiko
Daniel G. Wills
Brendon P. Friesen
**SWANSON, MARTIN & BELL, LLP**
330 North Wabash
Suite 3300
Chicago, IL  60611
Telephone: 312-321-9100
Fax: 312-576-0016
pskiko@smbtrials.com

Henry Chajet
John W. Schryber
DeMaurice F. Smith
John D. Austin, Jr.
**PATTON BOGGS LLP**
2550 M Street NW
Washington D.C. 20037
Telephone: 202-457-6000
Fax: 202-457-6315
hchajet@pattonboggs.com

**COUNSEL FOR PLAINTIFFS**